# United States Court of Appeals for the Federal Circuit

---

October 31, 2012

**ERRATA**

---

Appeal No. 2011-1073
(Reexamination No. 90/007,751)

**IN RE BAXTER INTERNATIONAL, INC.**

Decided: October 26, 2012

---

Please make the following change in Judge Newman's dissent from denial of the petition for rehearing en banc, released on October 26, 2012:

Page 7, line 14, change "judicial" to –"adjudication".